```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 12157
   LISA H. MACY
   JOSEPH P MACY SR                             CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-6720    SSN XXX-XX-2435

----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/09/07 and confirmed on 10/05/07.

   2.  The case was dismissed after confirmation, 03/14/2008.

   3.  The Debtor paid a total of $   5787.05 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DEUTSCHE BANK | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | 47322.06 | .00 | 879.85 |
| BANK OF AMERICA | SECURED VEHIC | 1500.00 | 49.98 | 262.92 |
| LAKE COUNTY COLLECTOR | SECURED | .00 | .00 | .00 |
| PAYDAY LOAN STORE | SECURED VEHIC | 1650.00 | 93.38 | 275.67 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | 10798.00 | .00 | .00 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 526.25 | .00 | .00 |
| AIDAR COUNTY AMBULANCE D | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2227.87 | .00 | .00 |
| AMERICOLLECT INC | UNSECURED | NOT FILED | .00 | .00 |
| AOL LONG DISTANCE | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 9294.64 | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| CBE GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 718.00 | .00 | .00 |
| CHECK IT | UNSECURED | 125.35 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| CHRISTIAN LIFE SCHOOL | UNSECURED | NOT FILED | .00 | .00 |
| CORTRUST BANK | UNSECURED | 274.95 | .00 | .00 |
| CREDIT BUREAU DATA INC | UNSECURED | NOT FILED | .00 | .00 |
| DAVID E FELDMAN | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT BUREAU DATA INC | UNSECURED | 69.63 | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION DIRECT | UNSECURED | NOT FILED | .00 | .00 |

```
FFCC COLUMBUS INC           UNSECURED      NOT FILED              .00           .00
FIRST MIDWEST BANK          UNSECURED      NOT FILED              .00           .00
PREMIER BANKCARD/CHARTER    UNSECURED         278.77              .00           .00
CREDIT BUREAU DATA INC      UNSECURED        6884.89              .00           .00
CREDIT BUREAU DATA INC      UNSECURED         439.76              .00           .00
HANDYMAN CLUB OF AMERICA    UNSECURED      NOT FILED              .00           .00
INTERIM CASH LTD            UNSECURED      NOT FILED              .00           .00
KANSAS COUNSELORS           UNSECURED      NOT FILED              .00           .00
JEFFREY M LEVING            UNSECURED      NOT FILED              .00           .00
CERTIFIED RECOVERY          UNSECURED      NOT FILED              .00           .00
KRAMER MEDICAL GROUP        UNSECURED      NOT FILED              .00           .00
LVNV FUNDING                UNSECURED      NOT FILED              .00           .00
MEDICAL EYE SERVICES        UNSECURED      NOT FILED              .00           .00
MERCHANTS CREDIT GUIDE      UNSECURED      NOT FILED              .00           .00
MERCURY FINANCE CO          UNSECURED      NOT FILED              .00           .00
MONSON LAW OFFICE           UNSECURED      NOT FILED              .00           .00
NEXTEL COMMUNICATIONS       UNSECURED      NOT FILED              .00           .00
NORTH SHORE CARDIOLOGIST    UNSECURED      NOT FILED              .00           .00
MID SOUTH CREDIT BUREAU     UNSECURED      NOT FILED              .00           .00
NORTHERN ILL COLLECTION     UNSECURED      NOT FILED              .00           .00
AMERICAN COLLECTION         UNSECURED      NOT FILED              .00           .00
PEOPLES GAS                 UNSECURED         536.50              .00           .00
QUEST DIAGNOSTICS           UNSECURED      NOT FILED              .00           .00
QUIK PAYDAY.COM             UNSECURED      NOT FILED              .00           .00
READER SERVICE CENTER       UNSECURED      NOT FILED              .00           .00
RICHARD S ROCK MD           UNSECURED      NOT FILED              .00           .00
RMA INC                     UNSECURED      NOT FILED              .00           .00
ASSET ACCEPTANCE CORP       UNSECURED         369.07              .00           .00
SEPTON DERMATOLOGY ASSOC    UNSECURED      NOT FILED              .00           .00
SPORTS PHYSICAL THERAPY     UNSECURED         313.14              .00           .00
SPRINT NEXTEL               UNSECURED      NOT FILED              .00           .00
TRI STATE ADJUSTMENT        UNSECURED      NOT FILED              .00           .00
TRUGREEN COMPANIES          UNSECURED         313.50              .00           .00
UNITED CONSUMER FINANCIA    UNSECURED        1438.20              .00           .00
CERTIFIED RECOVERY          UNSECURED      NOT FILED              .00           .00
WALMART                     UNSECURED      NOT FILED              .00           .00
CREDIT BUREAU DATA INC      UNSECURED          23.40              .00           .00
------------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
------------------------------------------------------------------------------------
WISCONSIN ELECTRIC POWER    UNSECURED      NOT FILED              .00           .00
WISCONSIN ELECTRIC POWER    UNSECURED      NOT FILED              .00           .00
COMED                       UNSECURED         149.52              .00           .00
AMERICASH LOANS             UNSECURED        1729.61              .00           .00
CITY OF CHICAGO WATER DE    UNSECURED        1044.51              .00           .00
       Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED       PRIORITY    UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   50472.06     11324.25     26231.31          .00      88027.62
PRINCIPAL PAID        1418.44          .00          .00          .00       1418.44
INTEREST PAID          143.36          .00          .00          .00        143.36
TOTAL PAID            1561.80          .00          .00          .00       1561.80
The Debtor's attorney, DAVID M SIEGEL                    , was allowed $   3500.00
and was paid $    376.00  direct and $    3124.00  through the plan.

The Trustee received $    242.60 .

Refunds to the Debtor totaled $     858.65 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 06/24/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE










                             PAGE  3
        CASE NO. 07 B 12157 LISA H. MACY & JOSEPH P MACY SR